IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>JUSTIN M. TAYLOR<br>AUSTIN, TX | CASE NO. 14-MJ-90268-KGG |

INFORMATION

The United States Attorney charges that:

On or about 3/5/2014, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, JUSTIN M TAYLOR did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Defense Finance and Accounting Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641.  **(Theft of Government Property) (Class A Misdemeanor)**

BARRY R. GRISSOM
United States Attorney

ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   Jul 21, 2014

HON. KENNETH G. GALE
U.S. Magistrate Judge