(Revised 06/13)

DATE AUGUST 21, 2014 - FORT RILEY

CASE NO 14-MJ-90268-KGG     UNITED STATES vs. TAYLOR, JUSTIN M.     AGE: _____

JUDGE:          (X) Humphreys          ( ) Gale          ( ) Sebelius

APPEARANCES:
    Government:   (X) Robin Graham     ( ) Sarah Green     ( ) _____

    Defendant:    ( ) In Person        ( ) By Counsel: _____
                                                                            ( ) Retained   ( ) Appointed

Highest Offense Level: Class (A)  B  C  INFRACTION          Time in Court: _1 min._

( ) **INITIAL APPEARANCE:**                          ( ) Deft apprised of charges and rights
( ) Defendant sworn & examined re: financial status   ( ) Counsel appointed: _____
                                                                                  ( ) CJA         ( ) FPD

( ) **ARRAIGNMENT** or  ( ) **CHANGE OF PLEA:**       Deft pleads ____ Guilty ____ Not Guilty
  ( ) Signed Consent to Proceed Before Magistrate
Deft Released  ( ) ROR     ( ) $_____ Non-Surety   ( ) $_____ Surety
  ( ) Plea Agreement attached     Counts amended to: _____
  ( ) Pre-Sentence Investigation Ordered     ( ) PSI Waived

( ) **STATUS CONFERENCE:**

    Status: _____

    Action: _____

    ( ) Motion and Order to dismiss filed. Case dismissed.

    ( ) COURT APPROVED PRETRIAL DIVERSION: ____ Oral  ____ Written

    Diversion Period: _____ Diversion Fine: $_____

    Conditions: _____

( ) **MOTION HEARING:**    ( ) Motion to Suppress   ( ) Motion to Revoke   ( ) Other_____

    Action taken: _____

( ) **TRIAL:**
( ) Witness & Exhibit List Attached
Defendant found  ( ) Guilty      ( ) Not Guilty       ( ) Case taken under advisement
( ) PSI Ordered              ( ) PSI Waived

( ) **SENTENCING:**
( ) Fine: $_____     ( ) Assessment: $_____     ( ) Restitution: $_____
( ) Probation: _____
( ) Incarceration: _____
( ) Other: _____

Next appearance: _____ at ____ 9:00am (____)  ____ 10:30am (____)  ____ 12:30pm (____)
                                                                ____ 1:00pm (____)  ____ 2:00pm (____)

**NOTES:**

(✓) **FAILURE TO APPEAR:**
NOTICE TO APPEAR to be issued for _____     (✓) WARRANT ISSUED

Time from _____ to _____ is taxed to deft under the Speedy Trial Act.